Case 2:94-cv-00356-MHT-CSC Document 800 Filed 05/23/2007 Page 1 of 2

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al.,

2:07CV463-MHT

EUGENE CRUM, JR., et al.,

Plaintiffs,

v.

STATE OF ALABAMA, et al.,

Defendants.

CIVIL ACTION NO. 2:94cv356-MHT

ORDER

It is ORDERED as follows:

(1) The motion to intervene (Doc. No. 361) is granted.

(2) Any related complaint-in-intervention is converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate lawsuit and file for the complaint-in-

intervention. Counsel for the intervenor and the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit.

The court believes that any related complaint-in-intervention should proceed as a separate lawsuit.

DONE, this the 22nd day of May, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR 5 2000
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al.:

EUGENE CRUM, JR., et al.,

Plaintiffs,

v.

STATE OF ALABAMA, et al.,

Defendants.

RUEBEN E. REDD,

Plaintiff-Intervenor,

v.

STATE OF ALABAMA, GOVERNOR DON SIEGELMAN, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF EHTICS COMMISSION, JAMES SUMNER, DIRECTOR,

Defendants.

2:07CV463-mht

CIVIL ACTION NO.: CV-94-T-356-N

**MOTION TO INTERVENE**

**COMES NOW** the applicant, Rueben E. Redd, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and applies to this Court for permission to intervene as a party plaintiff in the above-entitled cause. As grounds for this Motion, the applicant would show unto the Court as follows:

1. This Motion is timely based upon the following factors:

361

(a) Length of Time Applicant Has Known Of His Interest. The plaintiff-intervenor received his right-to-sue letter from the EEOC and Justice Department dated January 6, 2000. Plaintiff-intervenor has filed this motion within 90 days of the issuance of his right-to-sue letter. Based on these facts, it should be held that there has been no undue delay on the part of the applicant seeking intervention into this lawsuit.

(b) Prejudice to Parties from Failure to Move Sooner. The parties will not be unduly prejudiced by the intervention sought herein.

(c) Prejudice to Applicant if Intervention Denied. Applicant will be unduly prejudiced by the necessity of maintaining an individual, separate lawsuit involving complex issues and costly experts, which will be duplicative of the present case.

(d) Unusual Circumstances. The circumstances of the case militate in favor of intervention as it will prevent duplicative and expensive discovery and the retrial of identical issues.

2. A copy of this Motion is being served upon all parties through their respective counsel.

3. The applicant's claims and the claims of the named plaintiffs, plaintiff-intervenors and the putative class in the case at bar involve common questions of law and fact.

4. This Motion is accompanied by applicant's complaint-in-intervention, which is attached hereto.

5. Intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

**WHEREFORE**, Premises Considered, applicant respectfully moves this Court to permit his intervention into the instant legal action as a party plaintiff.

Respectfully submitted,

Rocco Calamusa, Jr.
Counsel for the Plaintiff-Intervenor
and Plaintiff Class

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0640

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served, either by hand delivery or by placing same in the United States Mail, properly addressed and first class postage prepaid, on this the 3 day of ~~March~~ April 1999 on the following:

| **COUNSEL** | **REPRESENTING** |
|---|---|
| Richard H. Walston, Esquire<br>Haskell, Slaughter, Young<br>& Johnston<br>1200 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | Plaintiffs |
| **and** | |
| Thomas T. Gallion III, Esquire<br>Haskell, Slaughter, Young,<br>Johnston & Gallion<br>P.O. Box 4660<br>Montgomery, AL 36103 | |
| William F. Gardner, Esquire<br>R. Taylor Abbot, Jr., Esquire<br>Cabaniss, Johnston, Gardner,<br>Dumas & O'Neal<br>700 Park Place Tower<br>Birmingham, AL 35203 | Personnel Board |
| **and** | |

Patrick H. Sims, Esquire
Cabaniss, Johnston, Gardner,
Dumas & O'Neal
700 AmSouth Center
P.O. Box 2906
Mobile, AL 36652

William H. Pryor, Esquire
Attorney General
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

State of Alabama
Defendants' Liaison

Honorable Julia J. Weller
Robison & Belser, P.A.
210 Commerce Street
Montgomery, AL 36104

Governor Fob James
Governor's Liaison

Henry C. Barnett, Esquire
Christopher W. Weller, Esquire
Capell, Howard, Knabe & Cobbs, P.A.
57 Adams Avenue
P.O. Box 2069
Montgomery, AL 36102-2069

Alabama State Docks
Department of Conservation & Natural Resources
Commission on Aging
Retirement Systems of Alabama
Department of Labor
Alabama Medicaid Agency

John J. Coleman III, Esquire
Edward S. Allen, Esquire
T. Dwight Sloan III, Esquire
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

Department of Industrial Relations
Agriculture & Industries
Department of Revenue
Department of Education
Board of Registrars
Commission on Physical Fitness

**and**

Robin G. Laurie, Esquire
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

| | |
|---|---|
| Warren B. Lightfoot, Jr.<br>MAYNARD, COOPER & GALE, PC<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203 | Department of Corrections<br>Department of Public Health<br>Department of Human Resources<br>Department of Mental Health & Mental Retardation<br>Alcohol Beverage Control Board<br>Alabama Emergency Management Agency |
| William J. Huntley, Jr., Esquire<br>Huntley & Associates, P.C.<br>P.O. Box 370<br>Mobile, Alabama 36601 | Alabama Industrial Development Training Agency<br>Department of Economics & Community Affairs<br>Alabama Development Office<br>Bureau of Travel & Tourism |
| Honorable Mary E. Pilcher<br>Webb & Eley, P.C.<br>P. O. Box 238<br>Montgomery, AL 36101 | Lauderdale County<br>Florence/Lauderdale Emergency Management Agency |
| R. Frank Ussery, Esquire<br>General Counsel, Alabama State<br>Personnel Department<br>3rd Floor, Suite 327-A<br>64 North Union Street<br>Montgomery, AL 36103 | Personnel Department |
| Honorable Gwendolyn B. Garner<br>John J. Breckenridge, Jr., Esquire<br>Counsel, Alabama Department of Revenue<br>50 North Ripley Street, Room 4116<br>Montgomery, AL 36130 | Department of Revenue |
| William T. Stephens, Esquire<br>General Counsel, Retirement Systems<br>of Alabama<br>135 South Union Street<br>Montgomery, AL 36130-4104 | Retirement Systems of Alabama |
| John R. Wible, Esquire<br>General Counsel, Alabama Department<br>of Public Health<br>434 Monroe Street<br>Montgomery, AL 36130 | Department of Public Health |

Andrew W. Redd, Esquire
General Counsel, Alabama Department of Corrections
3rd Floor, S. Gordon Persons Building
50 North Ripley Street
Montgomery, AL 36130

Department of Corrections

R. Marcus Givhan, Esquire
Counsel, Alabama Commission on Physical Fitness
Office of the Attorney General
5720 Carmichael Road
Montgomery, AL 36117

Commission on Physical Fitness

Honorable Sharon E. Ficquette
Honorable Margaret L. Fleming
Counsel, Alabama Department of Human Resources
Office of the Attorney General
S. Gordon Persons Building, Room 2122
50 Ripley Street
Montgomery, AL 36130

Department of Human Resources

Jim R. Ippilito, Jr., Esquire
General Counsel, Alabama Department of Education
S. Gordon Persons Building, Room 5103
50 North Ripley Street
Montgomery, AL 36130

Department of Education

David J. Dean, Esquire
General Counsel, Alabama Department of Conservation
64 North Union Street, Room 751
Montgomery AL 36130

Department of Conservation & Natural Resources

Honorable Gilda B. Williams
Counsel, Commission on Aging
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Commission on Aging

| | |
|---|---|
| Edward E. Davis, Esquire<br>Counsel, Alabama Department<br>of Economics & Community Affairs<br>401 Adams Avenue<br>P.O. Box 5690<br>Montgomery, AL 36103 | Department of Economics & Community Affairs |
| Honorable Renee D. Culverhouse<br>Counsel, Alabama Industrial Development<br>Training Agency<br>401 Adams Avenue, Suite 710<br>Montgomery, AL 36104 | Industrial Development Training Agency |
| Honorable Angela C. Turner<br>Counsel, Alabama Department of Labor<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130 | Department of Labor |
| Gary R. Trawick, Esquire<br>Milton J. Westry, Esquire<br>Counsel, Alabama Department<br>of Mental Health<br>P.O. Box 3710<br>Montgomery, AL 36109 | Department of Mental Health & Mental Retardation |
| William O. Butler III, Esquire<br>General Counsel, Alabama Medicaid Agency<br>501 Dexter Avenue<br>P.O. Box 5624<br>Montgomery, AL 36103-5624 | Alabama Medicaid Agency |
| Frank D. Marsh, Esquire<br>General Counsel, Alabama Department<br>of Industrial Relations<br>649 Monroe Street, Room 211<br>Montgomery, AL 36130 | Department of Industrial Relations |
| Honorable Mary Beth Martin<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation<br>P.O. Box 65968<br>Washington, DC 20035 | United States of America |

Susan B. Anderson
General Counsel
770 Washington Avenue, Suite 570
Montgomery, Alabama 36130-4700

Alabama Securities Commission

OF COUNSEL