IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:07cv463-MHT** |
| **THE STATE OF ALABAMA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the undersigned and moves to withdraw as counsel for Defendants in this case. As grounds therefore, the undersigned states that, with the conversion of Plaintiff's claims to an individual case, Defendants are represented by other counsel who have already appeared in the case.

Respectfully submitted this 29th day of May, 2007.

                Respectfully submitted,

                **TROY KING (KIN047)**
                **ATTORNEY GENERAL**
                **BY:**

                **s/ John J. Park, Jr.**
                John J. Park, Jr. Bar Number: (PAR041)
                Special Deputy Attorney General
                Office of the Attorney General
                11 S. Union Street
                Montgomery, AL  36130-0152
                Telephone:  (334) 242-7300
                Fax:  (334) 353-8440
                E-mail:  jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Alice Ann Byrne, Esq.
Alabama State Personnel Department
64 North Union Street
Montgomery, AL 36130

Margaret L. Fleming
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Patrick Hanlon Sims
Cabaniss Johnston Gardner Dumas & O'Neal
P. O. Box 2906
Mobile, AL 36652-2906

William Kenneth Thomas
William F. Gardner
Cabaniss, Johnston, Gardner, Dumas & O'Neal
Park Place Tower, Suite 700
2001 Park Place North
Birmingham, AL 35203

Henry Lewis Gillis
Thomas, Means, Gillis & Seay, P.C.
400 Financial Center
505 20th Street North
Birmingham, AL 35203

Amy L. Stuedeman
Andrew P. Campbell
Brandy Murphy Lee
Thomas O. Sinclair
Wendy T. Tunstill
Campbell Waller & Poer LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303

Willie Julius Huntley, Jr.
The Huntley Firm PC
P. O. Box 370
Mobile, AL 36601

Robert Jackson Russell, Sr.
Department of Agriculture & Industries
P. O. Box 3336
1445 Federal Drive
Montgomery, AL 36109

Robert F. Childs, Jr.
Rocco Calamusa, Jr.
Wiggins Childs Quinn & Pantanzis, P.C.
301 19th Street North
Birmingham, AL 35203-3204

Roderick Twain Cooks
Winston Cooks, LLC
319 17th Street North
Birmingham, AL 35203

Mai Lan Fogal Isler
Christopher W. Weller
Capell, Howard, Knabe & Cobb, P.A.
P.O. Box 2069
Montgomery, AL 36102-2069

Frank Decalve Marsh
Alabama Department of Industiral Relations
649 Monroe Street
Montgomery, AL 36131

Andrew Weldon Redd
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36130

        **s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Special Deputy Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us