IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv463-MHT |
| ) | |
| **STATE OF ALABAMA, et al.,** )<br>)<br>    Defendants. ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 3) is granted.

DONE, this the 1st day of June, 2007.

       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**