IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RUEBEN E. REDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-00463-MHT-CSC |
| | ) |
| **STATE OF ALABAMA,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

# CORPORATE DISCLOSURE STATEMENT

The Defendants Alabama Ethics Commission and James Sumner, in his official capacity as Director of the Alabama Ethics Commission, in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant Alabama Ethics Commission is a governmental entity.

2. Defendant James Sumner, who is sued in his official capacity as Director of the Alabama Ethics Commission, is an individual.

Respectfully submitted, this 13th day of July, 2007.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

s/ Margaret L. Fleming
Margaret L. Fleming Bar Number: FLE001
Assistant Attorney General

1

Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: mfleming@ago.state.al.us

**Attorneys for Defendants Alabama Ethics Commission and James Sumner, in his capacity as Director of the Alabama Ethics Commission**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Russell W. Adams
Rocco Calamusa, Jr.
WIGGINS, CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204

Alice Ann Byrne
State Personnel Department Legal Division
Folsom Administrative Building
64 North Union Street, Suite 316
Montgomery, AL 36130

**s/ Margaret L. Fleming**
Margaret L. Fleming Bar Number: FLE001
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: mfleming@ago.state.al.us