# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:07cv463-MHT |
| | ) |
| **ALABAMA ETHICS COMMISSION,** | ) |
| **et al.,** | ) |
| **Defendants.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Rueben Redd, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Subsequent to the filing of his complaint in intervention, Mr. Redd settled and released all claims against all agencies of the State in a separate lawsuit. Mr. Redd was represented by another law firm in that action.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing Plaintiff's Initial Disclosures on counsel via first class U.S. mail, properly addressed, to the following:

  Alice Ann Byrne
  State Personnel Department
  64 North Union Street
  316 Folsom Administrative Bldg.
  Montgomery, AL 36130
  AliceAnn.Byrne@personnel.alabama.gov

  Margaret L. Fleming
  Office of the Attorney General
  Alabama State House
  11 South Union Street
  Montgomery, AL 36130
  Mfleming@ago.state.al.us

This 10th[th] day of October, 2007.